IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BILLIE JO MYO,<br><br>Defendant. | CR 24-104-GF-BMM<br><br>FINAL ORDER OF FORFEITURE |

THIS MATTER comes before the Court on the United States' Motion for a Final Order of Forfeiture and Judgment. The Court having read said Motion FINDS:

THAT the United States commenced this action pursuant to 21 U.S.C. § 853(a)(1) and (2);

THAT a Preliminary Order of Forfeiture was entered on March 26, 2025;

THAT all known interested parties were provided an opportunity to respond and that publication has been effected as required 21 U.S.C. § 853(n) and Fed. R. Crim. P. 32.2(b)(6);

1

THAT it further appears there is cause to issue a forfeiture order under 21 U.S.C. § 853(a)(1) and (2) and Fed. R. Crim. P. 32.2(c)(2);

NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:

THAT judgment of forfeiture of the following property shall enter in favor of the United States, free from the claims of any other party:

1. $1,950 in U.S. currency.
2. CBC (Companhia Braziliera De Cartuchos), model Rossi RS22, .22 caliber rifle, S/N: 7CA298056P; and
3. Any associated ammunition and accessories, including 7 rounds of Remington .22 caliber ammunition.

THAT the United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 26th day of June 2025.

_____
Brian Morris, Chief District Judge
United States District Courts